UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------------x
IN RE: Fosamax Products Liability          :
Litigation, 1:06-md-1789  (JFK)            :        Order
--------------------------------------x
This Document Relates to:  All Actions     :
                                           :
--------------------------------------x
```

**JOHN F. KEENAN, United States District Judge:**

　　　　Section 2(a) of the Court's practices generally requires a pre-motion conference before a party may make any motion.  This requirement is hereby waived with respect to motions to remand filed in this multi-district litigation because the jurisdictional issues typically raised by such motions can be resolved more efficiently without a conference.  Accordingly, it is ORDERED that plaintiffs may file motions to remand without first requesting a pre-motion conference.

SO ORDERED.

Dated:    New York, New York
          November / 4 , 2007

                    JOHN F. KEENAN
                    United States District Judge