USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

IN RE: FOSAMAX PRODUCTS LIABILITY    :
LITIGATION

:    MDL No. 1789
1:06-md-1789 (JFK)

_____x

*This Document Relates to:*    :    **ORDER**
All actions    :
------------------------------------------x

JOHN F. KEENAN, United States District Judge:


        Oral argument on Plaintiffs' motion to compel

production of documents will take place at 10:00 a.m. on

June 2, 2008 in Courtroom 20-C.



SO ORDERED.

Dated:    New York, New York
          May 21, 2008

                          JOHN F. KEENAN
                    United States District Judge